UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIFAH RASHAM BONEPARTE,

                Plaintiff,

-v-                                   CIVIL ACTION NO. 23 Civ. 10981 (JHR) (SLC)

WILLIAM CASPAR GRAUSTEIN MEMORIAL FUND      **ORDER**
and ROBERT D. ADDAMS,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, August 12, 2024**, the parties shall meet and confer and file a joint letter on the docket regarding the status of fact discovery in this matter.

Dated:        New York, New York
               June 25, 2024

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**