UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIFAH RASHAM BONEPARTE,

                        Plaintiff,

  -v-                                       CIVIL ACTION NO. 23 Civ. 10981 (JHR) (SLC)

WILLIAM CASPAR GRAUSTEIN MEMORIAL FUND             **ORDER**
and ROBERT D. ADDAMS,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 7, 2024, the parties filed a joint letter certifying the close of discovery in this action and stating that they did not intend to engage in dispositive motion practice. (ECF No. 18).  In response, the Court directed the parties to notify it as to whether they wished to participate in a settlement conference with the undersigned or intended to proceed to trial before the Honorable Jennifer H. Rearden.  (ECF No. 19).  On November 20, 2024, the parties filed a second joint letter, stating that they wished to participate in a settlement conference.  (ECF No. 20).  Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Tuesday, November 26, 2024 at 11:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be prepared to discuss their availability, as well as that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference.

Dated:       New York, New York
               November 21, 2024

                                                       SO ORDERED.

2

_____
SARAH L. CAVE
United States Magistrate Judge